LBF B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re: MIGUEL ANGEL MERCADO-
GONZALEZ
Debtor(s)

CASE No.: 11-606 MCF 13

Chapter 13

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner) ORIENTAL BANK & TRUST, of (address) P.O. BOX 1809 MAYAGUEZ, PR 00681, and states that on (date) SEPT. 5, 2013, (name) ORIENTAL BANK became entitled to receive $1,995.00 as a distribution (Claim 3) in the above-entitled case, and now appears in the records of this court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon (check box(es) that apply):

( ) petitioner is the owner of said funds as appear as such in the records of this court;

(X) petitioner is the assignee of the owner's claim to said funds, as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents; or

( ) petitioner is named in a power of attorney by (grantor) _____, valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to collect the unclaimed funds described above on behalf of grantor:

    ( ) as the owner of the claim;
    (X) as the owner's attorney-at-law, with authorization to receive said funds;
    ( ) as the assignee of the owner's claim to said funds;
    ( ) as the owner's successor in interest; or
    ( ) as the personal representative of the owner's estate.

The petitioner submits with this petition the following document(s) as proof of the

petitioner's identity and status, and the owner's claim of entitlement:

[List all documents that are attached, e.g., copy of government-issued photo i.d., power of attorney, formal assignment, letter of appointment, court order, etc.]

WHEREFORE, the petitioner submits to the personal jurisdiction of this court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or (if the petitioner is not the owner) to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under penalty of perjury that the foregoing is true and correct:

Name of Petitioner: LUIS R. SANTOS-BAEZ, ESQ.
Signature of Petitioner: _____
Title: ATTORNEY FOR ORIENTAL BANK
Date: Oct. 1 2013

## NOTICE OF RESPONSE TIME

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice otherwise requires.

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments to the Office of the United States Attorney for the District of Puerto Rico, at Torre Chardón Suite 1201, 350 Carlos Chardón Ave., San Juan, PR 00918, on (date) Oct. 1 2013.

_____
(Signature of Petitioner)

NOTE- BAYVIEW LOAN SERVICES WAS THE SERVICING AGENT FOR ORIENTAL BANK & TRUST. THE AFOREMENTIONED SERVICING AGREEMENT EXPIRED AND WAS NOT RENEWED.