IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 11-00606 MCF |
| MIGUEL ANGEL MERCADO GONZALEZ | Chapter 13 |
| MIRNA ESTHER SANTIAGO PAGAN | |
| XXX-XX-9323 | |
| XXX-XX-5196 | |
| | FILED & ENTERED ON 10/04/2013 |
| Debtor(s) | |

ORDER

The motion requesting withdrawal on unclaimed funds filed by Oriental Bank & Trust (docket #85) is hereby denied for failure to comply with the P.R. LBR 3011-1(b)(2) Procedure for Payment of Unclaimed Funds, and/or P.R. LBR 3011-1(3) Service of the Motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of October, 2013.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge